# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00452-CR

**Paul Michael Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-898, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Michael Sanchez seeks to appeal a judgment of conviction for two counts of possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(b), (d); Tex. Penal Code §§ 12.42(d), 12.425(b). The trial court has certified that Sanchez has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed: July 19, 2018

Do Not Publish